UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATE OF AMERICA | |
| - against - | **ORDER** |
| SANTOS ROBLES, | 14 Cr. 499 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        In Defendant Santos Robles's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), he argues that "under the developed law, if he was sentenced today, he would not be a career offender" under Section 4B1.1 of the Sentencing Guidelines. (Def. CR Reply (Dkt. No. 376) at 2)  In a May 1, 2023 opposition brief, the Government argues that the Defendant "was properly designated as a career offender, due to his multiple prior convictions for selling drugs in violation of New York Penal Law § 220.39." (Govt. CR Opp. (Dkt. No. 374) at 5 n.4)  The Government has not briefed this issue in detail, however, and asks that if "the Court wish[es] to reach [this] ground[], the Government . . . [be given] the opportunity to submit further briefing." (Id.)

      The Government will make a submission by **November 27, 2024** addressing whether – under present law – the Defendant would qualify as a career offender under Section 4B1.1 of the Guidelines. The Government's submission will address, <u>inter alia</u>, the Second Circuit's decisions in <u>United States v. Gibson</u>, 55 F.4th 153 (2d Cir. 2022), <u>adhered to on reh'g</u>, 60 F.4th 720 (2d Cir. 2023), and <u>United States v. Chaires</u>, 88 F.4th 172 (2d Cir. 2023).

Dated: New York, New York
       November 13, 2024

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge