UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SANTOS ROBLES,

                  Defendant.

**ORDER**

14 Cr. 499 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Pending before the Court is Defendant Robles's motion for compassionate release, filed pursuant to 18 U.S.C. § 3582(c).  In support of his motion, Defendant argues, <u>inter alia</u>, that although he was sentenced as a career offender under the Sentencing Guidelines, he would not qualify as a career offender if sentenced for the same conduct today.  (Def. Cr. Br. (Dkt. No. 369) at 2-3)  The Government has not substantively addressed this argument, but "requests the opportunity to submit further briefing" "[s]hould the Court wish to reach these grounds." (Govt. Opp. (Dkt. No. 374) at 5 n.4)

        The Government will submit additional briefing concerning this issue by **April 8, 2025**.  If Defendant wishes to submit additional briefing concerning this issue, he will do so by **April 14, 2025**.

Dated: New York, New York
       April 1, 2025

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge